UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Michael Antoinette Ray      Docket No. 5:16-CR-61-3BO

### Petition for Action on Supervised Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Antoinette Ray, who, upon an earlier plea of guilty to 18 U.S.C. § 1344, 18 U.S.C. § 1344(1), 18 U.S.C. § 1344(2), and 18 U.S.C. § 2, Bank Fraud and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on May 10, 2017, to the custody of the Bureau of Prisons for a term of 31 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Michael Antoinette Ray was released from custody on February 12, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 25, 2019, the defendant submitted a urine sample that tested positive for marijuana and cocaine. When confronted, the defendant admitted using the illegal substances, and also admitted to using cocaine again on March 3, 2019. Because of the defendant's illegal drug use, we are recommending that the conditions of supervision be modified to include a drug aftercare condition.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Corey Rich<br>Corey Rich<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2540<br>Executed On: March 7, 2019 |

Michael Antoinette Ray
Docket No. 5:16-CR-61-3BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___7___ day of __March__, 2019, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
Chief United States District Judge